UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOLENE MARION,

                    Plaintiff,                    **ORDER**

      -against-                     22 Civ. 10595 (AEK)

INSERRA SUPERMARKETS INC.,

                    Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 27. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: May 13, 2024
       White Plains, New York

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge